IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION - AKRON

IN RE:                  CASE NO. 18-52708

MICHELE METCALF       JUDGE: ALAN KOSCHIK
                                   Chapter 13

     Debtor(s)         **MOTION FOR A ORDER GRANTING
                                    DEBTOR'S REQUEST TO PURCHASE
                                    AND FINANCE A AUTOMOBILE**

     Now comes the debtor, Michele Metcalf by and through her counsel and respectfully request this Honorable Court grant a request to purchase a 2019 Honda CR-V VIN: 5J6RW2H58KL002267and finance the vehicle through a finance company arranged by Great Lakes Honda West. Debtor, Michele Metcalf is losing her lease of her current vehicle at the end of February 2021 and therefore, must purchase a vehicle to replace her current auto lease. Michele Metclaf is in need of a automobile and seeks a Court Order granting her request to purchase the automobile. Debtor's payments will be monthly payment of $494.82 per month, for a period of 72 months at 11.95% interest.

     A copy of debtor's proposed purchase agreement is attached hereto as an exhibit.

     Wherefore, debtor respectfully request the court grant a Order granting her request to purchase a 2019 Honda CR-V or a similar car at a similar value and purchase terms.

                                                     Respectfully submitted,

                                                     /s/ James F. Ciccolini
                                                     James F. Ciccolini
                                                     Attorney for Debtors
                                                     Reg No. 0058767
                                                     1172 N. Wooster Rd.
                                                     Barberton, Ohio 44203
                                                    (330) 745-6606

## PROOF OF SERVICE

A copy of the foregoing motion was electronically sent and by U.S. mail; on January 11, 2021, to the following:

Keith Rucinski, Trustee
*electronically sent*

U.S. Trustee
*electronically sent*


U.S. mail to:


Great Lakes Honda West
823 Leona St.
Elyria, Ohio 44035

Michele Metcalf
354 Baxter Street
Medina, Ohio 44256

                                                  /s/ James F. Ciccolini
                                                  James F. Ciccolini
                                                  Attorney for Debtor(s)

## Great Lakes Honda West

### Purchase Details

| Field | Value |
|---|---|
| First Name | Michele |
| Last Name | Metcalf |
| Address | 354 Baxter St, Apt, Suite, Floor, Etc. |
| City | Medina |
| State | OH |
| Zip | 44256 |
| Home Phone | (330) 304-6304 |
| Cell Phone | (330) 304-6304 |
| Work Phone | (330) 304-6304 |

| Field | Value |
|---|---|
| DMS Deal No. | |
| Last Saved | Sat Dec 12 2020 |
| 1st Payment Date | Mon Jan 11 2021 |
| Monthly Payment | $ 494.82 |

| Field | Value |
|---|---|
| Stock # | P0268MA |
| VIN | 5J6RW2H58KL002267 |
| Year | 2019 |
| Make | Honda |
| Model | CR-V |
| Mileage | 20500 |
| Deal Type | Loan |
| Term | 72 |
| Sales Tax Rate | 6.7500 |

### Trade Vehicles

Trade Detail not available

### Amount Financed Itemization

| Item | Amount | | Item | Amount |
|---|---|---|---|---|
| Vehicle Price | $ 25,322.00 | | Trade Amount | $ |
| (+) Accessories | $ | | (−) Payoff | $ |
| (+) Taxable Fees | $ | | **Net Trade** | $ |
| (+) DOC FEE | $ 250.00 | | (+) Rebate | $ |
| (+) VSC | $ | | (+) Cash Down | $ 2,000.00 |
| (+) Gap Coverage | $ | | **Total Down Payment** | $ 2,000.00 |
| (+) Maintenance | $ | | | |
| **Subtotal** | $ 25,572.00 | | Total Price | $ 27,344.11 |
| (+) Sales Tax | $ 1,726.11 | | (−) Total Down Payment | $ 2,000.00 |
| (−) Sales Tax Credit | $ | | **Amount Financed** | $ 25,344.11 |
| **Total Tax** | $ 1,726.11 | | | |
| (+) PREP FEE | $ | | APR | 11.95 % |
| (+) License Fees | $ 46.00 | | Amount Financed | $ 25,344.11 |
| (+) State Fees | $ | | Finance Charge | $ 10,282.93 |
| **Total Price** | $ 27,344.11 | | Total Payments | $ 35,627.04 |
| | | | Total Down Payment | $ 2,000.00 |
| | | | Total Sale Price | $ 37,627.04 |

Customer's Signature _____ Date _____

X _____
Manager's Signature _____ Date _____

(PARTIAL PAYMENT) RECEIPT - PURCHASER HEREBY PROVIDES TO THE DEALER THE SUM OF $_____ AS NON-REFUNDABLE DEPOSIT/PARTIAL PAYMENT FOR THE VEHICLE DESCRIBED ABOVE. IF THIS RECEIPT IS FOR A DEPOSIT, DEALER WILL REFRAIN FROM SELLING DESCRIBED VEHICLE FOR _____ DAYS FROM THE DATE OF DEPOSIT x_____

Prepared by Miguel Rosado

Generated by DealerSocket